## Harry Homewood, Appellee, v. Myer J. Stein, Appellant.

### Gen. No. 23,625.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 15, 1918.

### Statement of the Case.

Action by Harry Homewood, plaintiff, against Myer J. Stein, defendant, for rent. From a judgment by confession for plaintiff for $36.50 and $25 attorney's fees, defendant appeals.

MAURICE G. COHEN, for appellant; MYER J. STEIN, of counsel.

No appearance for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 711*—*what not considered on appeal.* Alleged facts which do not appear in the record will not be considered on appeal.

2. APPEAL AND ERROR, § 1574*—*when power of attorney to confess judgment containing waiver of right of appeal may not be complained of.* That a power of attorney to confess judgment for unpaid rent contains a provision waiving the right to appeal, cannot be complained of by defendant on an appeal from a judgment confessed thereunder, where plaintiff has not attempted to interfere with defendant's enjoyment of the right of appeal.

3. LANDLORD AND TENANT, § 327*—*when attorney's fees are not unreasonable in amount.* Where a power of attorney to confess

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

judgment for rent specifies the amount to be allowed as attorney's fees, it is not error to allow such amount unless it is clearly unreasonable, and such unreasonableness is not apparent from the fact that the fee is almost as large as the instalment of rent for which judgment is confessed.

4. LANDLORD AND TENANT, § 330*—*when judgment for rent under power of attorney to confess judgment not disturbed.* Where a power of attorney to confess judgment for rent is exercised within its limitations and judgment is entered for a certain and liquidated sum, namely, one month's rent at the monthly rental specified in the lease, the judgment will not be interfered with.